UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON GIVENS,                                                Case No. 06-15642

       Plaintiff,                                      District Judge Bernard A. Friedman

v.                                                                      Magistrate Judge R. Steven Whalen

HOMECOMINGS FINANCIAL,
TROTT & TROTT, P.C.
SUSAN MYRES, ORLANS ASSOCIATES, P.C.,
and their agents, representatives,
sureties, employees, servants,
Jointly, severally and independently,

       Defendants.
_____/

**ORDER DENYING REQUEST FOR ADJOURNMENT**

Plaintiff has requested an adjournment of all proceedings in this case because of his health problems [Docket #17]. However, contemporaneously with this Order, the Court has filed a Report and Recommendation that the Complaint be dismissed with prejudice, pursuant to both the Rooker-Feldman doctrine and principles of res judicata. Plaintiff filed, and the Court reviewed responses to the motions to dismiss. If the District Judge accepts the Report and Recommendation, the case will be dismissed.

Accordingly, Plaintiff's motion for adjournment [Docket #17] is DENIED WITHOUT PREJUDICE.

SO ORDERED.


                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 6, 2007.


                                            S/G. Wilson
                                            Judicial Assistant